Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
## Report on Offender Under Supervision

**Name of Offender:** Frank Miranda      **Case Number:** 0101 1:10CR10201

**Name of Sentencing Judicial Officer:** Honorable George A. O'Toole, U.S. District Judge

**Date of Original Sentence:** February 08, 2012

**Original Offense:** Distribution of Cocaine Base, in violation of 21 U.S.C.§841(a)(1)

**Original Sentence:** 92 months of custody followed by 72 months of supervised release
**Amended Sentence:** 77 months of custody followed by 72 months of supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** October 30, 2015

---

## NON-COMPLIANCE SUMMARY

**Violation Number**    **Nature of Noncompliance**

1. **Violation of Mandatory Condition:** The defendant shall not commit another federal, state or local crime.

   On December 4, 2015, while in ICE custody at the Hudson County Correctional Facility, Frank Miranda assaulted a fellow detainee by striking him in the face with a drinking cup, causing a laceration to the victim's face, requiring seven stitches. On January 7, 2016, a criminal complaint was filed on behalf of the victim in Kearny Municipal Court in Kearny, NJ, charging Frank Miranda with Aggravated Assault. Mr. Miranda appeared on January 11, 2016 for an arraignment. On February 9, 2016, Mr. Miranda was found guilty of a lesser charge, Simple Assault, and was sentenced to Time Served (68 days) and ordered to pay $125 in court costs. On February 12, 2016, Mr. Miranda was transferred from the Hudson County Correctional Facility to the Suffolk County House of Correction in Boston, MA.

<u>U.S. Probation Officer Action:</u> As Mr. Miranda has been in ICE custody awaiting deportation since his term of supervised release commenced on October 30, 2015, the U.S. Probation Office respectfully requests no judicial intervention at this time.

Reviewed/Approved by:      Respectfully submitted,

/s/ Joseph LaFratta      /s/ Jeffrey Smith
Joseph LaFratta      by Jeffrey Smith
Supervising U.S. Probation Officer      Supervising U.S. Probation Officer

     Date:      5/20/2016

Prob 12A -2- Report on Offender Under Supervision

*No Response is necessary unless the court directs that additional action be taken as follows:*

[✓] Approved
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

_____5/24/16_____
Date